UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

09-60058 CASE NO. CR - DIMITROULEAS ROSENBAUM
18 U.S.C. § 641

2009 MAR -5 PM 1:31

UNITED STATES OF AMERICA,

Plaintiff,

vs.

CATHERINE WARD,

Defendant.
_______________________________/

**INDICTMENT**

The Grand Jury charges that:

**COUNTS 1-40**

On or about the date enumerated as to each count below, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**CATHERINE WARD,**

did knowingly and willfully steal, purloin, and convert to her own use money of the United States and a department and agency thereof, that is, a Social Security Administration Title II benefit payment intended for her mother, A.B., to which the defendant was not entitled, as specified as to each count below:

| COUNT | DATE | AMOUNT OF BENEFIT PAYMENT |
|---|---|---|
| 1 | 03/03/2004 | $820.00 |
| 2 | 04/02/2004 | $820.00 |

| COUNT | DATE | AMOUNT OF BENEFIT PAYMENT |
|---|---|---|
| 3 | 05/03/2004 | $820.00 |
| 4 | 06/03/2004 | $820.00 |
| 5 | 07/02/2004 | $820.00 |
| 6 | 08/03/2004 | $820.00 |
| 7 | 09/03/2004 | $820.00 |
| 8 | 10/01/2004 | $820.00 |
| 9 | 11/03/2004 | $820.00 |
| 10 | 12/03/2004 | $820.00 |
| 11 | 01/03/2005 | $832.00 |
| 12 | 02/03/2005 | $832.00 |
| 13 | 03/03/2005 | $832.00 |
| 14 | 04/01/2005 | $832.00 |
| 15 | 05/03/2005 | $832.00 |
| 16 | 06/03/2005 | $832.00 |
| 17 | 07/01/2005 | $832.00 |
| 18 | 08/03/2005 | $832.00 |
| 19 | 09/02/2005 | $832.00 |
| 20 | 10/03/2005 | $832.00 |
| 21 | 11/03/2005 | $832.00 |
| 22 | 12/02/2005 | $832.00 |
| 23 | 01/03/2006 | $859.00 |
| 24 | 02/03/2006 | $859.00 |
| 25 | 03/03/2006 | $859.00 |
| 26 | 04/03/2006 | $859.00 |
| 27 | 05/03/2006 | $859.00 |

| COUNT | DATE | AMOUNT OF BENEFIT PAYMENT |
|---|---|---|
| 28 | 06/02/2006 | $859.00 |
| 29 | 07/03/2006 | $859.00 |
| 30 | 08/03/2006 | $859.00 |
| 31 | 09/01/2006 | $859.00 |
| 32 | 10/03/2006 | $859.00 |
| 33 | 11/03/2006 | $859.00 |
| 34 | 12/01/2006 | $859.00 |
| 35 | 01/03/2007 | $886.00 |
| 36 | 02/02/2007 | $886.00 |
| 37 | 03/02/2007 | $886.00 |
| 38 | 04/03/2007 | $886.00 |
| 39 | 05/03/2007 | $886.00 |
| 40 | 06/01/2007 | $886.00 |

All in violation of Title 18, United States Code, Sections 641 and 2.

A TRUE BILL

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

RANDALL D. KATZ
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO. ____________________

vs.

CATHERINE WARD,

____________________ Defendant. /

# CERTIFICATE OF TRIAL ATTORNEY*

**Court Division:** (Select One)

___ Miami ___ Key West
X FTL ___ WPB ___ FTP

**Superseding Case Information:**

New Defendant(s) Yes ___ No ___
Number of New Defendants ___
Total number of counts ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) No
List language and/or dialect ____________________

4. This case will take 2-3 days for the parties to try.

5. Please check appropriate category and type of offense listed below:

| (Check only one) | | | (Check only one) | |
|---|---|---|---|---|
| I | 0 to 5 days | X | Petty | |
| II | 6 to 10 days | | Minor | |
| III | 11 to 20 days | | Misdem. | |
| IV | 21 to 60 days | | Felony | X |
| V | 61 days and over | | | |

6. Has this case been previously filed in this District Court? (Yes or No) No
If yes:
Judge: ____________________ Case No. ____________________
(Attach copy of dispositive order)
Has a complaint been filed in this matter? (Yes or No) No
If yes:
Magistrate Case No. ____________________
Related Miscellaneous numbers: ____________________
Defendant(s) in federal custody as of ____________________
Defendant(s) in state custody as of ____________________
Rule 20 from the ____________________ District of ____________________

Is this a potential death penalty case? (Yes or No) NO

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ___ Yes X No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? ___ Yes X No

[signature]
RANDALL D. KATZ
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No./Court No.: A5500942

*Penalty Sheet(s) attached

REV 4/8/08

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name: CATHERINE WARD**

**Case No**: ______________________________

Counts #1-40:

Theft of United States Government Monies

in violation of 18 U.S.C. § 641

* **Max. Penalty**: Ten (10) years' maximum imprisonment; three (3) years' supervised release, $250,000 fine

Count #:

______________________________

______________________________

***Max. Penalty:**

Count #:

______________________________

______________________________

***Max. Penalty:**

Count #:

______________________________

______________________________

***Max. Penalty:**

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.